UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ERIK HERRERA,<br><br>  Defendant. | Case No. 1:21-CR-00619-BAH |

## NOTICE OF APPEARANCE

Federal Public Defender Cuauhtemoc Ortega, enters his Notice of Appearance on behalf of Defendant Erik Herrera, along with Deputy Federal Public Defender Jonathan K. Ogata.

Please make all necessary changes to the court's Case Management/Electronic Case Filing System to accurately reflect this assignment and to ensure that defense counsel receives all notifications relating to filings in this case.

Respectfully submitted,

DATED: April 8, 2022         */s/ Cuauhtemoc Ortega*
                             CUAUHTEMOC ORTEGA
                             Federal Public Defender
                             (Cal. Bar No. 257443)
                             Office of the Federal Public Defender
                             321 East 2nd Street
                             Los Angeles, CA 90012
                             Telephone: (213) 894-2854
                             Facsimile:  (213) 894-0081
                             (E-Mail: Cuauhtemoc_Ortega@fd.org)