UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Case No.: 21-CR-619 (BAH) |
| **ERIK HERRERA,** : | |
| : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Christopher M. Cook is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED:  April 25, 2022  MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:  /s/ Christopher M. Cook
CHRISTOPHER M. COOK
Assistant United States Attorney
KS Bar Number 23860
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 412-327-3487
Email: Christopher.cook5@usdoj.gov

## CERTIFICATE OF SERVICE

On this 25th day of April 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Christopher M. Cook
CHRISTOPHER M. COOK
Assistant United States Attorney