UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     ) | |
| ) | |
| v.     ) | |
| )  No.    21-CR-619 BAH | |
| **ERIK HERRERA,**     ) | |
| ) | |
| **Defendant.**     ) | |
| _____) | |

**STATUS REPORT**

The United States of America, through the U.S. Attorney for the District of Columbia, and Christopher M. Cook, Assistant United States Attorney, files the following status report:

1.  The Court has directed that the parties to inform the Court by May 9, 2022, whether the parties anticipate that a plea offer to dispose of this case short of trial will be accepted in advance of the next status conference, and if not, provide the Court with three proposed trial dates and a proposed motions schedule, so that a trial and motions schedule may be set at the next status hearing.

2.  The parties have conferred in this regard. It is anticipated that this matter will not be resolved through a plea, and the parties expect this case to proceed to trial.

3.  The parties respectfully request an August trial date. The three dates in August that work best for the parties are: August 8th, August 15th, and August 22nd.

4.       A proposed scheduling order and motions schedule is attached to this status report.

                Respectfully submitted,

                MATTHEW M. GRAVES,
                UNITED STATES ATTORNEY
                D.C. Bar Number 481052

                */s/ Christopher M. Cook*
                Christopher M. Cook
                Assistant U.S. Attorney (Detailed)
                KS Bar No. 23860
                U.S. Attorney's Office
                Western District of Pennsylvania
                700 Grant Street, Suite 4000
                Pittsburgh, PA 15219
                (412)-327-3487