# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-619 |
| **ERIK HERRERA,** : | |
| **Defendant.** | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Cindy J. Cho hereby enters her appearance in the above referenced matter.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney
DC Bar No. 481052

By:  /s/ Cindy J. Cho
Cindy J. Cho
Assistant United States Attorney
New York Bar
10 W. Market St Suite 2100
Indianapolis, IN 46204
(317) 246-0107
cindy.cho@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 1st day of June 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Cindy J. Cho*
CINDY J. CHO
Assistant United States Attorney