UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.: 21-CR-619 (BAH) |
| **ERIK HERRERA** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S NOTICE OF WITHDRAWL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Cindy J. Cho, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

                                          Respectfully Submitted,

                                          MATTHEW M. GRAVES
                                          UNITED STATES ATTORNEY
                                          D.C. Bar No. 481052

By:    */s/ Cindy J. Cho*
        Cindy J. Cho
        Assistant United States Attorney
        New York Bar
        10 W. Market St Suite 2100
        Indianapolis, IN 46204
        Phone: (317) 246-010
        Email: cindy.cho@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 5th day of July 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Cindy J. Cho*
CINDY J. CHO
Assistant United States Attorney