# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIK HERRERA,

    Defendant.

Case No. 1:21-CR-00619-BAH

## DECLARATION OF ERIK HERRERA

1. My name is Erik Herrera, and I am the defendant in the above entitled action. I make this declaration in support of my Unopposed Motion to Permit Defendant to appear for the August 5, 2022 Pretrial Conference by Videoconference.

2. If I am unable, despite my best efforts, to be present in person in the District of Columbia on August 5, 2022, I waive my right to be present. I request that the Court proceed in my absence. I agree that my interests will be deemed represented at all times by the presence of my attorneys, the same as if I were personally present in Court.

DATED: July 28th, 2022

_____
ERIK HERRERA