**UNITED STATES OF AMERICA**

**VS.**

**ERIK HERRERA**

Civil/Criminal No.   **21-cr-619-BAH**

| | |
|---|---|
| Government | ☐ |
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| **Court** | ☐ |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 100 Series | *"Official Proceeding" Documentary/Video evidence* | | | | |
| 101 | U.S. Constitution Amendment XII (PDF) | | | | |
| 102 | 3 U.S.C. Section 15 (PDF) | | | | |
| 103 | 3 U.S.C. Section 16 (PDF) | | | | |
| 104 | 3 U.S.C. Section 17 (PDF) | | | | |
| 105 | 3 U.S.C. Section 18 (PDF) | | | | |
| 106 | Senate Concurrent Resolution (PDF) | | | | |
| 107 | Official Proceeding Montage.mp4 | | | | |
| 107.1 | Still from Exhibit 107 (placeholder) | | | | |

| | | | | |
|---|---|---|---|---|
| 107.2 | Still from Exhibit 107 (placeholder) | | | |
| 107.3 | Still from Exhibit 107 (placeholder) | | | |
| 107.4 | Still from Exhibit 107 (placeholder) | | | |
| 107.5 | Still from Exhibit 107 (placeholder) | | | |
| 108 | Certificate of Authenticity - Senate Recording Studio (Diego Torres) | | | |
| 109 | Certificate of Authenticity - House Recording Studio (Douglas Massengale) | | | |
| 110 | Congressional Record - Senate (Vol. 167, No. 4, S13, S14, S18) | | | |
| 111 | Congressional Record - House (Vol. 167, No. 4, H75, H76, H84, H85) | | | |
| 112 | Congressional Montage 07292022 (updated) | | | |
| 113 | Placeholder for Additional Exhibits | | | |
| 200 Series | ***General Evidence of the Capitol Grounds and the Riot on January 6th*** | | | |
| 201 | USCP compilation video (6 minute version).mp4 | | | |
| 201.1 | Extended video excerpt from Exhibit 201 - CCTV footage of first breach of Senate Wing Doors | | | |
| 201.2 | Extended video excerpt from Exhibit 201 - CCTV footage of breach of Senate Parliamentarian's Door (28 seconds) | | | |

| 201.3 | Extended video excerpt from Exhibit 201 - CCTV footage of second breach of Senate Wing Doors | | | |
|---|---|---|---|---|
| 202 | Vendor Trial Exhibit/Map of Capitol | | | |
| 203 | Overview Map of Capitol Building and Grounds | | | |
| 204 | Map of Restricted Perimeter | | | |
| 205 | Area Closed Sign 1.png | | | |
| 206 | Area Closed Sign2.jpg | | | |
| 207 | Photo of Signs on Bike Barricades at Peace Circle | | | |
| 208 | Photo of Capitol with Snow Fencing in Forefront and Signs in Background | | | |
| 209 | Diagram of Capitol Building (Poster) | | | |
| 210 | Map - First Floor of Capitol Building | | | |
| 211 | Updated Map with location names (Capitol and Capitol Grounds Maps) | | | |
| 212 | Map - First Floor of Capitol Building (Poster) | | | |
| 213 | Map - Second Floor of Capitol Building (Poster) | | | |
| 214 | 3D Model of Capitol.png | | | |

| 215 | Photo of inaugural stage and media tower | | | |
|---|---|---|---|---|
| 216 | Timelapse Exhibit of West Front | | | |
| 217 | Another Area Closed Sign | | | |
| 218 | Physical Area Closed Sign | | | |
| 300 Series | ***Secret Service Exhibits*** | | | |
| 301 | HOS Notification – Visit of Vice President Michael Pence Mrs. Pence and Charlotte Pence to the U.S. Capitol (S-214_House and Senate Floors) on Wednesday January 6 (PDF) | | | |
| 302 | USSS HOS Notification – Vice President Pence 01.06.21 9 (REDACTED) (PDF) | | | |
| 303 | USSS-3 – VP Pence departing Senate members staircase (public version).mp4 | | | |
| 303.1 | Still from 303 (placeholder) | | | |
| 303.2 | Still from 303 (placeholder) | | | |
| 304 | USSS-2 – East Side of the Capitol  VP vehicles moving | | | |
| 305 | USSS Radio Traffic | | | |
| 305.1 | Still from 305 (placeholder) | | | |
| 305.2 | Still from 305 (placeholder) | | | |

| | | | | |
|---|---|---|---|---|
| 306 | Perimeter | | | |
| 400 Series | ***U.S. Capitol CCTV Footage Showing Erik Herrera in the Capitol*** | | | |
| 401 | CCTV footage:  0102 USCS 01 Senate Wing Door near S139-2021-01-06_15h06min08s000.ms.asf | | | |
| 401.1 | Still from Exhibit 401 | | | |
| 401.2 | Still from Exhibit 401 | | | |
| 402 | CCTV footage:  0122 USCS 01 West Stairs S131-2021-01-06_14h58min36s000ms.asf | | | |
| 402.1 | Still from Exhibit 402 | | | |
| 402.2 | Still from Exhibit 402 | | | |
| 403 | CCTV footage:  0178 USCH 01 Crypt East-2021-01-06_15h24min30s000ms.asf | | | |
| 403.1 | Still from Exhibit 403 | | | |
| 403.2 | Still from Exhibit 403 | | | |
| 404 | CCTV footage:  0403 USCH 01 Crypt South-2021-01-06_15h17min11s000ms.asf | | | |
| 404.1 | Still from Exhibit 404 (in Crypt with Yellow circle) | | | |
| 404.1 | Still from Exhibit 404 | | | |

| | | | | |
|---|---|---|---|---|
| 405 | CCTV footage:  0689 USCS 01 Senate Fire Door near S132-2021-01-06_14h58min42s000ms.asf | | | |
| 405.1 | Still from Exhibit 405 | | | |
| 405.2 | Still from Exhibit 405 | | | |
| 406 | CCTV footage:  0689 USCS 01 Senate Fire Door near S132-2021-01-06_14h59min29s000ms.asf | | | |
| 406.1 | Still from Exhibit 406 | | | |
| 406.2 | Still from Exhibit 406 | | | |
| 407 | Unofficial USCP clip: (Clip_1.1)_0122USCS01WestStairsS131_2021-01-06_14h54min36s687ms.mp4 | | | |
| 407.1 | Still from Exhibit 407 | | | |
| 407.2 | Still from Exhibit 407 | | | |
| 408 | Unofficial USCP clip: (Clip_1.1)_0171_USCH_01_Memorial_Door_-_2021-01-06_20h21min55s.mp4 | | | |
| 408.1 | Still from Exhibit 408 | | | |
| 408.2 | Still from Exhibit 408 | | | |
| 409 | Unofficial USCP clip: (Clip_1.1)_0180_USCH_01_Memorial_Door_Exterior_-_2021-01-06_20h20min01s.mp4 | | | |
| 409.1 | Still from Exhibit 409 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 409.2 | Still from Exhibit 409 | | | | |
| 410 | USCP clip: (Clip_1.1)_0689_USCS_01_Senate_Fire_Door_near_S132_-_2021-01-06_19h59min29s.mp4 | | | | |
| 410.1 | Still from Exhibit 410 | | | | |
| 410.2 | Still from Exhibit 410 | | | | |
| 411 | USCP clip: (Clip_2.1)_0689_USCS_01_Senate_Fire_Door_near_S132_-_2021-01-06_19h40min03s.mp4 | | | | |
| 411.1 | Still from Exhibit 411 | | | | |
| 411.2 | Still from Exhibit 411 | | | | |
| 412 | USCP clip: (Clip_3.1)_0402USCH01CryptNorth_2021-01-06_15h05min36s100ms.mp4 | | | | |
| 412.1 | Still from Exhibit 412 | | | | |
| 412.2 | Still from Exhibit 412 | | | | |
| 413 | USCP clip: (Clip_3.1)_0402USCH01CryptNorth_2021-01-06_15h17min10s507ms.mp4 | | | | |
| 413.1 | Still from Exhibit 413 | | | | |
| 413.2 | Still from Exhibit 413 | | | | |
| 414 | USCP clip: (Clip_4.1)_0102USCS01SenateWingDoornearS139_2021-01-06_15h05min02s067ms.mp4 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 414.1 | Still from Exhibit 414 | | | | |
| 414.2 | Still from Exhibit 414 | | | | |
| 415 | USCP compilation 33 minute version(mp4) | | | | |
| 415.1 | Still from Exhibit 415 | | | | |
| 416 | Multiple Locations CCTV | | | | |
| 417 | CCTV Multiple Locations EH Yellow Square | | | | |
| 417.1 | Still from Exhibit 417 | | | | |
| 417.2 | Still from Exhibit 417 | | | | |
| 418 | CCTV Video - no circle 0171 I USCH 01 Memorial Door-2021-01-06_15h31min00s000ms.asf.mp4<br><br>Video of Herrera Exiting Crypt to Memorial Door – interior video | | | | |
| 419 | circle 0171 I USCH 01 Memorial Door-2021-01-06_15h31min00s000ms.asf.mp4<br><br>Video with circle around defendant – Herrera exiting Crypt to Memorial Door – interior video | | | | |
| 419.1 | Still from 419 | | | | |
| 420 | no circle 0180 E USCH 01 Memorial Door Exterior-2021-01-06_15h31min00s000ms.asf.mp4<br><br>CCTV video of Herrera exiting the Capitol | | | | |

| | | | | |
|---|---|---|---|---|
| | through the Memorial Doors (exterior) | | | |
| 421 | circle 0180 E USCH 01 Memorial Door Exterior-2021-01-06_15h31min00s000ms.asf.mp4<br><br>CCTV video of Herrera exiting the Capitol through the Memorial Doors (exterior) WITH CIRCLE around defendant | | | |
| 421.1 | Still from 421 | | | |
| 422 | Compilation video with radio runs | | | |
| 500 Series | ***Business Records And Certifications of Authenticity*** | | | |
| 501 | American Airlines Certificate of Authenticity 2660-SD-3381937-GJ_0000005_1A0000007_0000001.tif | | | |
| 502 | American Airlines Travel Records 2660-SD-3381937-GJ_0000005_1A0000007_0000002.pdf | | | |
| 503 | T-Mobile Business Records (subpoena response xls) 2660-SD-3381937-GJ_0000007_1A0000009_0000004.xls | | | |
| 504 | T-Mobile Certificate of Authenticity 2660-SD-3381937-GJ_0000007_1A0000009_0000007.pdf | | | |
| 505 | Delta Airlines Certificate of Authenticity 2660-SD-3381937-GJ_0000008_1A0000010_0000001.pdf | | | |
| 506 | Delta Airlines Business Records (Herrera airline ticket info) 2660-SD-3381937-GJ_0000008_1A0000010_0000003.docx | | | |
| 507 | Certificate of Authenticity from Facebook/Instagram | | | |

| | | | | |
|---|---|---|---|---|
| 508 | Business Records – scoped results of Facebook/Instagram SW return<br><br>RESULTS957069258364776_SW_Return.pdf | | | |
| 509 | Certificate of Authenticity from U.S. Senate credentialing office<br><br>Certificate of nonexistence of record Herrera trial – Kent sign.pdf | | | |
| 510 | Placeholder for Additional Exhibits | | | |
| 600 Series | ***Video footage taken by other January 6, 2021 defendants*** | | | |
| 601 | Entrikin video in/around the Senate Fire Door and the Senate Parliamentarian's Office 20210106_145808Entrekin.mp4 | | | |
| 601.1 | Still From Entrekin Herrera in Parl Off.png | | | |
| 601.2 | Still from Entrekin BrokenWindow ParlOff.png | | | |
| 602 | Entrekin video in/around the Crypt 20210106_150802Entrekin.mp4 | | | |
| 602.1 | Still from Entrekin Herrera in Merkley's Office.png | | | |
| 603 | Entrekin video shortened with yellow square in Parliamentarian's Office | | | |
| 604 | Entrekin video shortened with yellow square in Merkley's Office | | | |
| 605 | Herrera in defendant Bonet's video in Merkley's Office | | | |
| 605.1 | Still from 605 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 606 | Herrera coming outside downstairs of Senate Parliamentarian's office | | | | |
| 606.1 | Still from 606 | | | | |
| 607 | Entrekin (other Jan. 6 defendant) Video | | | | |
| 607.1 | Still from Entrekin Video – Herrera holding bottle | | | | |
| 607.2 | Still from Entrekin Video – Herrera holding bottle with yellow circle | | | | |
| 700 Series | **Boddy Worn Camera (BWC) Footage from DC MPD Officers** | | | | |
| 701 | BWC Officer Averette clearing out Senate Fire Door and Senate Parliamentian's Office<br><br>BWC-MPD Averette.mp4 | | | | |
| 701.1 | Still from Exhibit 701 (placeholder) | | | | |
| 701.2 | Still from Exhibit 701 (placeholder) | | | | |
| 800 Series | **Photographic Evidence in/around Senate Fire Door and Senate Parliamentarian's Office** | | | | |
| 801 | Photo of entrance to Senate Parliamentarian's Office on Jan. 6 (Exhibit 801.JPG) | | | | |
| 802 | Photo of Senate Parliamentarian's Office Overhead Sign (Exhibit 802.JPG) | | | | |
| 803 | Photo of interior of Senate Parliamentarian's Office on Jan. 6 (Exhibit 803.JPG) | | | | |
| 804 | Photo of interior of Senate Parliamentarian's Office on Jan. 6 (Exhibit 804.JPG) | | | | |

| 805 | Photo of interior of Senate Parliamentarian's Office on Jan. 6 (Exhibit 805.JPG) | | | | |
|---|---|---|---|---|---|
| 806 | Photo of cracked window in Senate Parliamentarian's Office on Jan. 6 (Exhibit 806.JPG) | | | | |
| 807 | Photo of cracked window in Senate Parliamentarian's Office on Jan. 6 (Exhibit 807.JPG) | | | | |
| 808 | Photo of cracked window in Senate Parliamentarian's Office on Jan. 6. (Exhibit 808.JPG) | | | | |
| 809 | Photo of cracked window in Senate Parliamentarian's Office on Jan. 6. (Exhibit 809.JPG) | | | | |
| 810 | Photos showing papers strewn about the floor in Senate Parliamentarian's Office on Jan. 6. (Exhibit 810.JPG) | | | | |
| 811 | Photos showing papers strewn about the floor in Senate Parliamentarian's Office on Jan. 6. (Exhibit 811.JPG) | | | | |
| 812 | Photos showing papers strewn about the floor in Senate Parliamentarian's Office on Jan. 6. (Exhibit 812.JPG) | | | | |
| 813 | Photo showing corner of Senate Parliamentarian's Office (Exhibit 813.JPG) | | | | |
| 814 | Photo showing doorway of Senate Parliamentarian's Office (Exhibit 814.JPG) | | | | |
| 815 | Photo showing documents on chair inside Senate Parliamentarian's Office on Jan. 6. (Exhibit 815.JPG) | | | | |
| 816 | Photo Showing Herrera  Entering Senate Parliamentarian's Office (with yellow circle indicating Herrera's location/presence) Herrera Enters Ps Office at 2.59.16pm.png | | | | |
| 817 | Photo showing Herrera holding bottle of Alcohol

Herrera holds up bottle of alcohol | | | | |

| | | | | |
|---|---|---|---|---|
| | 3.01.27pm.png | | | |
| 818 | Photo showing Herrera exiting Senate Parliamentarian's Office<br><br>Herrera leaves Ps Office at 3.01.08pm.png | | | |
| 819 | Selfie of Herrera (Instagram) photo of Erik Herrera with the caption: "I'm reclaiming Aztlan because I love America.  Querer es Poder!" | | | |
| 820 | Sidebyside2 video (In/around Senate Parliamentarian's Office). | | | |
| 821 | Video of damage to Senate Parliamentarian's Office | | | |
| 822 | Sidebyside2-0 video (In/around Senate Parliamentarian's Office). | | | |
| 900 Series | ***Open-Source Videos and Screenshots showing Erik Herrera in/around the U.S. Capitol on January 6, 2021*** | | | |
| 901 | YouTube video showing Erik Herrera at the Capitol on Jan. 6:<br><br>YouTube \| Objective Witness (UCaV9egfXnJ4IwZYa8UUB5Og) Washington DC: Protests on the Capital. https://www.youtube.com/watch?v=zLVxJM01OTg&t=372 Timecode: 6:11 | | | |
| 901.1 | Still from Exhibit 901 | | | |
| 901.2 | Still from Exhibit 901 | | | |
| 902 | Parler video showing Erik Herrera on West Front of Capitol:<br><br>Parler mxhCOOkUXgbA.mp4 | | | |

| | | | | |
|---|---|---|---|---|
| | https://web.archive.org/web/submit?url=https://video.parler.com/mx/hC/mxhCOOkUXgbA.mp4 Timecode: 2:38 | | | |
| 902.1 | Still from Exhibit 902 | | | |
| 902.2 | Still from Exhibit 902 | | | |
| 903 | YouTube video showing Herrera on West Front of Capitol:<br><br>YouTube extinguish the fires of hatred.mkv https://www.youtube.com/watch?v=bFc4hw7EJ9U&t=87 Timecode: 1:26 | | | |
| 903.1 | Still from Exhibit 903 | | | |
| 903.2 | Still from Exhibit 903 | | | |
| 904 | Instagram video showing Herrera near police line at Capitol on Jan. 6:<br><br>Instagram | jonfarina Insurgency at the US Capitol https://www.instagram.com/tv/CJ9arFiBQBH/?utm_source=ig_web_copy_link Timecode: 2:35 | | | |
| 904.1 | Still from Exhibit 904 | | | |
| 904.2 | Still from Exhibit 904 | | | |
| 905 | Archive.org video of BWC footage of defendant near police line of Capitol on Jan. 6th<br><br>Court Document Screenshots & Case Files X6039BEWQ https://archive.org/details/DZ7CnoNLN7cLMX | | | |

| | | | | |
|---|---|---|---|---|
| | PJr Timecode: 11:22 | | | |
| 905.1 | Still from Exhibit 905 | | | |
| 905.2 | Still from Exhibit 905 | | | |
| 906 | Pond5.com video of Erik Herrera near police line on West Front of Capitol on Jan. 6.<br><br>Pond5 \| johnhharrington 146152445-civil-unrest-united-states-cap.mp4 https://www.pond5.com/stock-footage/item/146152445-civil-unrest-united-states-capitol Timecode: 0:05 | | | |
| 906.1 | Still from Exhibit 906 | | | |
| 906.2 | Still from Exhibit 906 | | | |
| 907 | YouTube Video showing defendant climbing the scaffolding on the West side of the Capitol on Jan. 6.<br><br>YouTube \| Raven Geary (UC6xxqUynCGZGsywyMBUOHtg) [White hot riot] JANUARY 6 WASHINGTON, D.C. RIOT, FULL https://www.youtube.com/watch?v=AQAY5hUNhWs&t=964 Timecode: 16:03 | | | |
| 907.1 | Still from Exhibit 907 | | | |
| 907.2 | Still from Exhibit 907 | | | |

| | | | | |
|---|---|---|---|---|
| 908 | YouTube Video showing Erik Herrera entering Senate Fire Door on Jan 6.<br><br>YouTube \| Nigrotime (UCqfaVr2gGhQAhDjW0h62mRg) Capitol Riots Raw Footage _ ***Journalistic Purposes Only***<br>https://www.youtube.com/watch?v=f80ScBHnNRk&t=1866 Timecode: 31:05 | | | |
| 908.1 | Still from Exhibit 908 | | | |
| 908.2 | Still from Exhibit 908 | | | |
| 909 | Archive.org footage showing defendant inside Capitol near the Senate Fire Door on Jan. 6<br><br>Capitol Security Footage Dustin Thompson - 200B.mp4<br>https://archive.org/details/Hhzj5mWvaiZ4TP7in Timecode: 2:06 | | | |
| 909.1 | Still from Exhibit 909 | | | |
| 909.2 | Still from Exhibit 909 | | | |
| 910 | YouTube video and screenshot of Erik Herrera carrying a bottle of Alcohol exiting the Capitol Senate Fire Door on Jan. 6.<br><br>Carrying bottle of Alcohol Exiting the Capitol Senate Fire Door YouTube \| SCNRbot (UCqFdvJdTk5vDqyVS4hRHipg) 4K Footage of Trump Supporters Storm Capitol Building during January 6 Insurrection<br>https://www.youtube.com/watch?v=8Vh8wPeo6Jk&t=1044 Timecode: 17:23 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 910.1 | Still from Exhibit 910 | | | | |
| 910.2 | Still from Exhibit 910 | | | | |
| 911 | Archive.org video of Herrera exiting the Capitol on Jan. 6.<br><br>Twitter \| HannahNighting Hannah Nightingale - One man shouts at the police as people are let out of the building, "When we co.mp4 https://archive.org/download/jmSWhKYM9zNzx8YKa/jmSWhKYM9zNzx8YKa.mpeg4 Timecode: 0:15 | | | | |
| 911.1 | Still from Exhibit 911 | | | | |
| 911.2 | Still from Exhibit 911 | | | | |
| 912 | Dropbox.com video of Erik Herrera near police line on Jan. 6<br><br>Emily Molli \| 2021-01-06 EMOLLI_MVI_2400.MP4 Timecode: 4:23 Dropbox copy https://www.dropbox.com/s/21td9zu2jsy21vg/EMOLLI_MVI_2400.MP4?dl=0 | | | | |
| 912.1 | Still from Exhibit 912 | | | | |
| 912.2 | Still from Exhibit 912 | | | | |
| 913 | Rumble.com video/screenshot of Erik Herrera outside the Capitol on Jan. 6<br><br>Rumble \| The Blackrock Beacon (c-967707) Jan | | | | |

| | | | | |
|---|---|---|---|---|
| | 6 2021 Capitol Riot Coverage Part 4 (720p).mp4 https://rumble.com/vjldpp-jan-6-2021-capitol-riot-coverage-part-4-720p.html Timecode: 7:08 | | | | |
| 913.1 | Still from Exhibit 913 | | | | |
| 913.2 | Still from Exhibit 913 | | | | |
| 914 | Parler.com video of Erik Herrera outside the Capitol on Jan. 6<br><br>Parler 05wJWPlwYEm2.mp4 https://web.archive.org/web/ submit?url=https://video.parler.com/05/wJ/05w JWPlwYEm2.mp4 Timecode: 0:57 | | | | |
| 914.1 | Still from Exhibit 914 | | | | |
| 914.2 | Still from Exhibit 914 | | | | |
| 915 | YouTube video of Erik Herrera Outside the Capitol on Jan. 6.<br><br>YouTube | Antone Maxson (TheJMurr) All Combined Clips Outside Capitol Building 100 PM to 400 PM.mp4 https://www.youtube.com/watch?v=GpABNox 45BQ&t=1474 Timecode: 24:33 | | | | |
| 915.1 | Still from Exhibit 915 | | | | |
| 915.2 | Still from Exhibit 915 | | | | |
| 916 | YouTube video of Erik Herrera outside the Capitol on Jan. 6.<br><br>YouTube | Elan News (UCTvqJ6kOri08YdhVemS_Wcw) Protestors | | | | |

| | | | | |
|---|---|---|---|---|
| | Exit The US Capitol Building As Law Enforcement Pushes Through https://www.youtube.com/watch?v=bvKrN0GWgSQ&t=121 Timecode: 2:00 | | | |
| 916.1 | Still from Exhibit 916 | | | |
| 916.2 | Still from Exhibit 916 | | | |
| 917 | Video Sen Merkley took and posted.wmv | | | |
| 917.1 | Still from Exhibit 917 | | | |
| 917.2 | Still from Exhibit 917 | | | |
| 918 | Placeholder for Additional Exhibits | | | |
| 918.1 | Still from Exhibit 918 | | | |
| 918.2 | Still from Exhibit 918 | | | |
| 919 | Placeholder for Additional Exhibits | | | |
| 919.1 | Still from Exhibit 919 | | | |
| 919.2 | Still from Exhibit 919 | | | |
| 920 | Placeholder for Additional Exhibits | | | |
| 902.1 | Still from Exhibit 920 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 920.2 | Still from Exhibit 920 | | | | |
| 1000 Series | ***Herrera's Social Media Accounts*** | | | | |
| 1001 | Instagram chat with Lookatjakerose – discussing entry into Capitol and reaction to footage of officer Eugene Goodman<br><br>IG Chat w Lookatjakerose- office entry1.PNG | | | | |
| 1002 | Instagram chat with Lookatjakerose – discussing entry into Senate Parliamentarian's Office<br><br>IG Chat w Lookatjakerose – office entry2.PNG | | | | |
| 1003 | Instagram chat with IG user nakaneesh – discussing Erik Herrera's intent on Jan. 6<br><br>RESULTS957069258364776_SW_Return (003) 694.pdf | | | | |
| 1004 | Instagram chat with IG user nakaneesh – discussing what the mission and desired outcome was on Jan. 6<br><br>RESULTS957069258364776_SW_Return (003) 695.pdf | | | | |
| 1005 | Instagram chat with IG user nakaneesh – discussing what Herrera was thinking when he took a selfie in Senate Parliamentarian's Office<br><br>RESULTS957069258364776_SW_Return (003) 696.pdf | | | | |
| 1006 | Instagram chat with IG user turquoise_planet – wherein Herrera states "All I did was throw some paper in the air lol"<br><br>RESULTS957069258364776_SW_Return (003) 1005.pdf | | | | |
| 1007 | Instagram chat with IG user lookatjakerose – wherein Herrera states "I don't think we had an honest electoral process in 2020…" | | | | |

| | | | | |
|---|---|---|---|---|
| | RESULTS957069258364776_SW_Return (003) 1693.pdf | | | |
| 1008 | Instagram chat with IG user lookatjakerose- wherein Herrera states:  "Biden isn't anything-elect until January 6th."<br><br>RESULTS957069258364776_SW_Return (003) 1653.pdf | | | |
| 1009 | Instagram chat with IG user lookatjakerose – wherein Herrera states: "I don't have the monopoly on press badges.  They're on Amazon for like $8"<br><br>RESULTS957069258364776_SW_Return (003) 1701.pdf | | | |
| 1010 | Instagram chat with IG user lookatjakerose – wherein Herrera discusses "stolen land"<br><br>RESULTS957069258364776_SW_Return (003) 1702.pdf | | | |
| 1011 | Instagram chat with IG user lookatjakerose – wherein Herrera states:  "What happened in DC shows everyone it's absolutely possible"<br><br>RESULTS957069258364776_SW_Return (003) 1734.pdf | | | |
| 1012 | Instagram chat with IG user lookatjakerose - wherein Herrera states:  "My video where the police line broke made it to the alex jones show lol."<br><br>RESULTS957069258364776_SW_Return (003) 1736.pdf | | | |
| 1013 | Instagram post from Erik Herrera with caption: "Roughly an hour after I took this first photo/slide outside the #uscapitol building, protesters broke through the police line and began to rush the #capitolbuilding.  Capitol Police used tear gas, mace, flash grenades, | | | |

| | | | | |
|---|---|---|---|---|
| | including physical force against protesters before and after their line of security was broken #january6 #capitolhill #uscapitol #washingtondc #america<br><br>RESULTS957069258364776_SW_Return (004) 194.pdf | | | |
| 1014 | Instagram post from Erik Herrera where crowd can be heard changing "Whose house?  Our house!" | | | |
| 1015 | Instagram photo showing restricted area<br><br>archived_stores_17869741103233391.jpg | | | |
| 1016 | Instagram story indicating Herrera was in DC in December for a demonstration where protesters chant "The fight has just begun."<br><br>Videos_2463419195021150200.mp4 | | | |
| 1017 | Instagram video recorded by Herrera showing violence on the West Front of the Capitol.<br><br>videos_2481063995262314051.mp4 | | | |
| 1018 | Instagram video recorded by Herrera showing more violence on the West Front<br><br>videos_2481063999313832324.mp4 | | | |
| 1019 | Instagram video recorded by Herrera showing a rioter yelling at police officers.<br><br>Videos_2483241525159175679.mp4 | | | |
| 1020 | Photo of Bart Simpson logo on defendant's vest | | | |
| 1021 | Herrera Parlor.png | | | |
| 1022 | Herrera Gab Post 1.png | | | |
| 1023 | Herrera Gab Post 2.png | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1024 | Herrera Gab Header.png | | | | |
| 1025 | Pages from RESULTS957069258364776_SW_Return- PAGE 1631 – "I don't believe Biden won at all" | | | | |
| 1026 | Pages from RESULTS957069258364776_SW_Return PAGES 1095 and 1096 – "The Police saw they couldn't do much…" | | | | |
| 1027 | Pages from RESULTS957069258364776_SW_Return PAGE 1688 – "Bulletproof vest"  "Overturn the Election" | | | | |
| 1028 | Pages from RESULTS957069258364776_SW_Return-2 - PAGE 1687-"I got a plate carrier vest yesterday and steel plates today" | | | | |
| 1029 | Pages from RESULTS957069258364776_SW_Return-3 - PAGE 1632 – "I do believe Trump won by a lot.  Votes by machines…" | | | | |
| 1030 | Pages from RESULTS957069258364776_SW_Return-3. PAGE 330 pdf – "You either fight white supremacist government, or you don't and stay quarantined like they tell us to…" | | | | |
| 1031 | Pages from RESULTS957069258364776_SW_Return-4- PAGE 1637 – Voter Fraud – That's where the Supreme Court comes in.  I'm down for another four years of Trump | | | | |
| 1032 | Pages from RESULTS957069258364776_SW_Return-4. - PAGE 756 pdf – "How I look to San Diegans when I mention election fuckery." | | | | |
| 1033 | Pages from RESULTS957069258364776_SW_Return-5 - PAGE 999pdf – Jan 5:  "It's gonna get hella Mexican soon." | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1034 | Pages from RESULTS957069258364776_SW_Return-5 - PAGE 1638 – "He's not president yo."  Herrera links to NYT article about election certification | | | | |
| 1035 | Pages from RESULTS957069258364776_SW_Return-6 - PAGE 1640 – Link – "Ladies what's your move" | | | | |
| 1036 | Pages from RESULTS957069258364776_SW_Return-6 PAGE 1003pdf – "What I'm experiencing is absolutely incredible, I can't wait to tell you."  I got a bulletproof vest, so I should be ok for a couple shots, haha" | | | | |
| 1037 | Pages from RESULTS957069258364776_SW_Return-7 - PAGES 1005 and 1006pdf – "all I did was throw some paper in the air, lol."  - "pissed" about rioters not occupying DC | | | | |
| 1038 | Pages from RESULTS957069258364776_SW_Return-8 PAGES 1542-1543pdf – Herrera IG suspended | | | | |
| 1039 | Pages from RESULTS957069258364776_SW_Return-9 - PAGE 1620 – "It's not over til it's over"  (from November 2020) | | | | |
| 1040 | Pages from RESULTS957069258364776_SW_Return-10 PAGES 1652-1653pdf – "Biden isn't anything until Jan. 6"  "Commies are going down" | | | | |
| 1041 | Pages from RESULTS957069258364776_SW_Return-11- PAGE 1734 – "what happened in DC showed everyone it's absolutely possible" – "it's called a resistance; it'll be taken back." | | | | |
| 1042 | Pages from RESULTS957069258364776_SW_Return-12 - PAGE 1735pdf – Funneled into the hall | | | | |
| 1043 | Pages from RESULTS957069258364776_SW_Return-13 - PAGE 1787  - "Amen. Last weekend we were | | | | |

| | | | | |
|---|---|---|---|---|
| | at the beginning of the revolution I think.  It was an honor just to be there." | | | |
| 1044 | archived_stories_17885883524007320 "Operation Aztlan" | | | |
| 1045 | archived_stories_17872968668231557 "Trump supporter flagged by facial recognition technology" | | | |
| 1046 | archived_stories_17889698452885741 "authorities arrested a Coronado man" | | | |
| 1047 | videos_2463419195021150200.mp4  Video shared by Herrera at rally "The fight has just begun." | | | |
| 1048 | videos_2480843727872930508.mp4  Video shared by Herrera on West Front "our house" | | | |
| 1049 | videos_2481009376096073245.mp4  video shared by Herrera showing rioter receiving aid | | | |
| 1050 | videos_2481063995262314051.mp4  Violence recorded on the West Front - #1 | | | |
| 1051 | videos_2481063999313832324.mp4  Violence recorded on the West Front - #2 | | | |
| 1052 | videos_2483838536761752379.mp4  Confrontation on the West Terrace | | | |
| 1053 | archived_stories_17848925501438138.jpg  Instagram post by Herrera at rally at Supreme Court – Alex Jones reference | | | |
| 1054 | archived_stories_17850413141499466.jpg  Instagram post – photo – violence on west front | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1055 | archived_stories_17865138689333856.jpg<br><br>Instagram Post – Biden hat | | | | |
| 1056 | archived_stories_17869741103233391.jpg<br><br>Instagram Post from Herrera – Area Closed sign at Peace Circle | | | | |
| 1057 | archived_stories_17876217293031164.mp4<br><br>Instagram Post/Video of Herrera at rally at U.S. Supreme Court | | | | |
| 1058 | archived_stories_17919707623523744.jpg<br><br>Instagram Post showing sign – "Trump Won Case Closed" | | | | |
| 1059 | archived_stories_17956261264402992.mp4<br><br>Video of bulletproof vest with press patch and heart logo | | | | |
| 1060 | IG chat pulled from SW – page 1691<br><br>"I'm still full of energy" | | | | |
| 1060.1 | Excerpt from 1060 | | | | |
| 1061 | Full Instagram pdf of direct messages | | | | |
| 2000 Series | ***Physical Items Recovered During Search of Erik Herrera's Home*** | | | | |
| 2001 | Gas mask | | | | |
| 2002 | Ski goggles | | | | |
| 2003 | Receipts for tactical gear (photo) | | | | |
| 2004 | IMG__0092 | | | | |

| | | | | |
|---|---|---|---|---|
| | Photo of closet with sleeping bag | | | |
| 2005 | IMG_0034.JPG<br><br>CPAC photo - Duvalinpapi | | | |
| 2006 | IMG_0039.JPG<br><br>Photo of gas mask next to Herrera's indicia | | | |
| 2007 | IMG_0040.JPG<br><br>Additional photo of gas mask with Oakley ski goggles | | | |
| 2008 | IMG_0041<br><br>Clear photo of gas mask with Oakley goggles next to Herrera indicia | | | |
| 2009 | IMG _0042<br><br>Herrera indicia (medication) | | | |
| 2010 | IMG_044<br><br>Herrera mail/indicia | | | |
| 2011 | IMG_0045<br><br>Additional Herrera indicia/mail – close up photo | | | |
| 2012 | IMG_0043<br><br>Herrera indicia (medication) | | | |
| 2013 | IMG_0048<br><br>Labeled close-up photo of goggles and gas mask | | | |
| 2014 | IMG_0050<br><br>Receipt for tactical outfitters (blurry) | | | |
| 2015 | IMG_0054<br><br>Mail/Indicia from IRS to Herrera | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2016 | IMG_0056<br><br>Herrera Birth Certificate | | | | |
| 2017 | IMG_0062<br><br>Receipt for VooDoo OD Lightweight Tactical dated 12/23/2020 | | | | |
| 2018 | IMG_0064<br><br>Receipt for AR500 curved target plates dated 12/24/20 | | | | |
| 2019 | IMG_0071<br><br>American Airlines (bag tag) dated 07 JAN | | | | |
| 2020 | IMG_0072<br><br>Shelf with assortment of personal items | | | | |
| 2021 | IMG_0073<br><br>Picture of seized MacBook | | | | |
| 2022 | IMG_0076<br><br>Picture of Erik Herrera card with phone number and iCloud Account | | | | |
| 2023 | IMG_0077<br><br>Picture of card with Duvalinpapi written on it | | | | |
| 2024 | IMG_0080<br><br>Additional indicia for Herrera | | | | |
| 2025 | Actual receipts for tactical gear (physical copy) | | | | |
| 3000 Series | ***United States Capitol Police and MPD radio runs*** | | | | |
| 3001 | Full Radio Run (12 hour version) | | | | |
| 3002 | Full Radio Run - Demonstration Main Ops 1 (12 hour version) | | | | |

| | | | | |
|---|---|---|---|---|
| 3003 | Full Radio Run – Demonstration Main Ops 2 (12 hour version) | | | |
| 3004 | Clip 1 from full 12 hour version | | | |
| 3005 | Clip 2 from 12 hour version | | | |
| 3006 | Clip 3 from 12 hour version | | | |
| 3007 | Clip 4 from 12 hour version | | | |
| 3008 | Clip 5 from 12 hour version | | | |
| 3009 | Clip 6 from 12 hour version | | | |
| 3010 | Clip 7 from 12 hour version | | | |
| 4000 Series | ***Herrera's Electronics*** | | | |
| 4001 | Computer (photo) | | | |
| 4001.1 | Email from Kelsey Randall – Record of Forensic exam | | | |
| 4001.2 | Record of forensic report – CAIR report and RCFL process documentation | | | |
| 4003 | Video from MacBook East Side | | | |
| 4004 | Video from MacBook – outside Parliamentarian's Office | | | |
| 4005 | Video from MacBook – entering Merkley's Office | | | |

| | | | | |
|---|---|---|---|---|
| 4006 | Video from MacBook – in Merkley's Office | | | |
| 4007 | Video from MacBook – exiting the Capitol | | | |
| 4008 | Video from MacBook – East Side | | | |
| 4009 | Video from MacBook – Inside | | | |
| 4010 | Video from MacBook – Herrera in video ID | | | |
| 4011 | Video from MacBook – on West side | | | |
| 4012 | Video from MacBook – on West side | | | |
| 4013 | Video from MacBook – on West side | | | |
| 4014 | Video from MacBook – on outer courtyard | | | |
| 4015 | Video from MacBook – on West side | | | |
| 5000 Series | ***Stipulations/Miscellaneous*** | | | |
| 5001 | House and Senate Compilation Video | | | |
| 5002 | United States Capitol Police Video Closed Circuit Monitoring | | | |
| 5003 | Metropolitan Police Department Body Worn Camera | | | |
| 5004 | Fair and Accurate Depiction of Photos and Videos | | | |

| | | | | |
|---|---|---|---|---|
| 5005 | Vendor Model with Compilation Videos and Photographs (which refers to Exhibit 202) | | | |
| 5006 | Authenticity of Herrera's Instagram Account | | | |
| 5007 | Authenticity of Herrera's MacBook | | | |
| 5008 | Items obtained during search of Herrera's house – Chain of Custody | | | |
| 5009 | Capitol Building and Grounds | | | |
| 5010 | Counting of the Electoral College Votes in Congress | | | |
| 5011 | Herrera's Contact Information | | | |
| 5012 | Herrera's Presence in/around the Capitol | | | |
| 5013 | Placeholder | | | |
| 5014 | Placeholder | | | |
| 5015 | Placeholder | | | |