**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**



**FILED**

AUG 19 2022

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

v.

ERIK HERRERA,

Defendant.

Criminal Case No. 21-619 (BAH)

Chief Judge Beryl A. Howell

## VERDICT FORM

**COUNT ONE:** **Obstruction of an Official Proceeding and Aiding and Abetting, 18 U.S.C. §§ 1512(c)(2), 2**

With respect to the offense of Obstruction of an Official Proceeding and Aiding and Abetting, we, the members of the jury, unanimously find defendant Erik Herrera:

_____ NOT GUILTY \_\_✓\_\_ GUILTY

**COUNT TWO:** **Entering and Remaining in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(1)**

With respect to the offense of Entering and Remaining in a Restricted Building or Grounds, we, the members of the jury, unanimously find defendant Erik Herrera:

_____ NOT GUILTY \_\_✓\_\_ GUILTY

**COUNT THREE:** **Disorderly and Disruptive Conduct in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(2)**

With respect to the offense of Disorderly and Disruptive Conduct in a Restricted Building or Grounds, we, the members of the jury, unanimously find defendant Erik Herrera:

_____ NOT GUILTY \_\_✓\_\_ GUILTY

**COUNT FOUR:** **Disorderly Conduct in a Capitol Building, 40 U.S.C. § 5104(e)(2)(D)**

With respect to the offense of Disorderly Conduct in a Capitol Building, we, the members of the jury, unanimously find defendant Erik Herrera:

_____ NOT GUILTY \_\_✓\_\_ GUILTY

**COUNT FIVE:** **Parading, Demonstrating, or Picketing in a Capitol Building, 40 U.S.C. § 5104(e)(2)(G)**

With respect to the offense of Parading, Demonstrating, or Picketing in a Capitol Building, we, the members of the jury, unanimously find defendant Erik Herrera:

_____ NOT GUILTY      \_\_✓\_\_ GUILTY

DATE/TIME: _August 19, 2022_
_9:57 am_

FOREPERSON'S SIGNATURE