# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Case No. 21-cr-619 (BAH) |
| | : | |
| ERIK HERRERA, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S SECOND SUPPLEMENTAL NOTICE OF FILING OF EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter.

The following video and photographic evidence available to the Court electronically:

| Exhibit Number | File Name | Source | Description |
| --- | --- | --- | --- |
| 1 | Exhibit 1.pdf | Defendant Erik Herrera's Instagram Account | Photograph of restricted perimeter and "Area Closed" sign at Peace Circle |
| 2 | Exhibit 2.mp4 | Defendant Erik Herrera | Video recording showing multiple rioters battling police officers in hand-to-hand combat. |
| 3 | Exhibit 3.pdf | Open Source | Defendant Erik Herrera on the construction scaffolding on the Capitol grounds. |
| 4 | Exhibit 4.pdf | Open Source | Defendant Erik Herrera moving up the stairs at the Senate Fire Door. |
| 5 | Exhibit 5.asf | CCTV | Video from Capitol camera showing Defendant Herrera and others entering the Captiol. |
| 6 | Exhibit 6.wmv | Video | Video showing damage to the Senate Parliamentarian's Office. |

| 7 | Exhibit 7.pdf | Defendant Erik Herrera's Instagram Account | Defendant Herrera in the Senate Parliamentarian's Office holding a stack of papers. |
| 8 | Exhibit 8.pdf | CCTV | Still shot from CCTV showing Defendant Herrera leaving with a stolen bottle of alcohol. |
| 9 | Exhibit 9.pdf | CCTV | Still shot from CCTV showing Defendant Herrera reentering the Capitol at the Senate Wing Door. |
| 10 | Exhibit 10.pdf | Image taken by another person. | Still shot showing Defendant Herrera smoking marijuana in a Senator's office. |
| 11 | Exhibit 11.pdf | CCTV | Still shot from CCTV showing Defendant Herrera leaving the Capitol at the Memorial Door. |

Respectfully submitted,

MATTHEW D. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

BY:     /s/ *Christopher M. Cook*
CHRISTOPHER M. COOK
Assistant United States Attorney
KS Bar No. 23860
601 D. Street N.W.
Washington, D.C. 20530
412-327-3487
christopher.cook5@usdoj.gov


*/s/ Jacqueline Schesnol*
JACQUELINE SCHESNOL
Assistant United States Attorney
AZ Bar No. 016742
601 D Street N.W.,
Washington, D.C. 20530
602-514-7500
jacqueline.schesnol@usdoj.gov

# CERTIFICATE OF SERVICE

On this 27th day of December, 2022, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/*Jacqueline Schesnol*
Jacqueline Schesnol
Assistant United States Attorney
