# EXHIBIT 3

Your Honor,

I, Erik Herrera, am an artist, creative, and photographer born and raised in San Diego, California. I was born to working-class Mexican immigrant parents making me not only their firstborn child but a first-generation American. Growing up alongside refugees, immigrants, different races, and people of various religious faiths, San Diego taught me just how unique, yet similar, everyone can be.

My parents, Cristobal and Maria, have worked tirelessly every day since making the United States their home. From a young age, I did anything I could to help them make sense of the country when they had no one to explain or translate for them. At eight years old, I aided my parents for weeks in preparation for a test that made them become American citizens. When I saw the joy on their faces after passing their test, I knew in my heart that I wanted to continue helping my people however I could. Whether it be translating for an elderly Latino couple, helping an immigrant mother find their way across town to a clinic, or supporting a street vendor, it is for them I want to be there.

From a young age, I knew that I wanted to create. Not only for the sake of creating but to express beliefs and desires that I cannot communicate with words and to help attract outside perspectives to witness part of my heritage and the things that make it a staple in America. I have committed the majority of my photographic efforts to documenting Latinos wherever I find myself with my camera. My passion is photographing my people's art, culture, life, and struggles.

In these last two years, this passion has expanded into documenting migrants treacherous journey seeking asylum after crossing our southern border. My photo work displays the harsh reality of those who embarked on an unimaginable journey where they sacrifice everything they have, which for many is their well-being, for an opportunity to be in the land of the free. Your Honor, I have comforted multiple unaccompanied children on the Texas Southern border after they are intercepted by law enforcement. One such child was physically disabled, and I carried that 7-year-old boy up a rocky trail so his mother could regain her strength after crossing the Rio Grande. I heard his mother say that she was seeking asylum and I told that boy, "You are now in America and can achieve all your dreams. Nothing stops you here. You need to go to school and study hard so,

when you are older, you can take care of your mother." I believe that because I love my country.

Your Honor, I still have no idea why I behaved in the manner I did at the Capitol on January 6th. I became swept up in the emotions of what was happening around me. Even though I have photographed many protests and rallies before, I had never found myself in a situation like January 6th in my entire life. I still cannot understand how that many people ended up on the Capitol grounds that day to cause damage and violence. Nonetheless, my actions were unacceptable, and I won't try to defend them. I feel beyond awful for what I have done, and I am regretful. Judge Howell, when the trial started and people were saying they could not be fair jurors for me because of their experiences with January 6, I remember you told me to pay attention to their experiences because I might learn something about what my actions caused. I did pay attention and hearing people talk about their experiences that day made me feel awful. I want to apologize to all the police officers who were at the Capitol that day and had to put down the disruption, some of them even getting hurt in the process. Hearing them testify about their experiences made me realize how I added to the difficult situation by being there. I wish I could go back and undo my decisions.

Aside from behaving completely unprofessional, I also brought great shame to my country and an unimaginable level of stress to my family. Not only have I tarnished my name for the unforeseeable future, my actions made things increasingly difficult for my hard-working parents. I was not home on the day I was to be arrested because I was working on a documentary in the California desert. My parents, Cristobal and Maria, bared the brunt that morning. They were confused and scared at what took place at their home when I should have been present to endure that interaction with law enforcement.

My mother and father have been very supportive despite my arrest. They are proud of my improvements. I have given up drugs, maintained a job, helped my nieces with their schoolwork, helped at home, pursued my creative endeavors when I have free time, obeyed the law, and complied with the bond restrictions the court ordered me to follow. My plans for the future are to continue photo-documenting my people wherever I travel, further advance my skills in photography and videography, and help my nieces with their homework and

school projects. I continue to be drug-free and have stopped using marijuana since August 2021, after using it most of my life, and I do not miss it. Currently, I work for my cousins remodeling company where I perform various tasks: labor, deliveries/pick-ups, clerical, and photography. With help from my cousins, I have been able to maintain an income and provide more for myself. This income helps at home with whatever purchases may be needed. A long-time friend of mine, Jim, also offers me construction and landscaping work with him when he needs extra help. He greatly helps by supplying me with work when I have short work weeks with my cousins company. Jim supports my creative pursuits and is a positive influence- like an older brother. Another form of income I have is my photography work. Real estate, automotive, events, and food photography are some of my regular photography jobs across San Diego.

In addition to my employment and plans, I have begun seeing a therapist and had my first session in November. My therapist is helping me to address and reflect on the depression I experienced during the pandemic, my actions from January 6th, and what I witnessed while taking photos of migrants in South Texas. I have made steady progress with my mental health now that I can sit down with a professional to help me analyze the last 2-3 years of my life. Therapy is a treatment I have never undergone until this year, but it has become vital in my evolution to becoming a better person.

If I were to receive a custodial sentence, I would continue to prioritize my mental and physical health. Diabetes affects both sides of my family, I have been asthmatic since the age of 2, I have sustained physical injuries from previous labor-intensive jobs; and I was injured in a 2016 car accident. My physical health is something I also aim to improve since I am at greater risk of illness or re-injury. If available, I would take classes that can help me stay creative since the arts are therapeutic and help me maintain a peaceful state of mind. I will be respectful of your Honor's judgment and complete my time if your Honor feels I should do so.

If I ever find myself in a scenario I am photographing for journalistic purposes, I will commit to my professional role and stick to documenting the scene. I will follow the law and be ethical in my documentation, whether it be protests, rallies, or humanitarian crises. There are years ahead of me to regain trust as a

photojournalist and photographer, but above all else, become a respectable person and citizen of this great country.

Sincerely,

Erik Herrera