# EXHIBIT 12



# Chicano Artist

### Erik Herrera tells story of today's Chicano culture through new project "Mirame"

**Laura Latzko**
>> *San Diego CityBeat*


Erik Herrera

Through Chicano art, creatives are able to share different stories of the lives and experiences of Mexican American people.

With his new project, "Mirame," San Diego artist Erik Herrera will highlight how the people and environments in San Diego—including Barrio Logan—have contributed to keeping Chicano culture alive.

He is still early in the process with his project, but he is already planning to share these stories through photographs, sculptures and a documentary.

A first-generation Mexican American, Herrera grew up in San Diego in a diverse neighborhood with people of different races, religions and nationalities.

He says, for him, as a Chicano artist, it is important that his culture doesn't get erased. He has noticed this happening in a number of places, including Barrio Logan.

In these neighborhoods, local businesses have had to close their doors because of factors such as rising rent costs. La Bodega Gallery, one of the spaces central to the Barrio Logan art scene, recently had to move out of its longtime location.

"It's easy to get caught up with the glitz and the glamour," Herrera says. "It distracts you from what is happening beneath that. I've seen some of the older businesses that have been there since I was a kid shut down because of how popular the area is."

Barrio Logan has become trendier, he says, and Chicano culture become more popular. This has led "Chicano" being used to signify culture rather than identity. For Herrera, it is tied to being a child of Mexican parents.

Identity can be complicated for people who are Chicano because they live in two worlds. Herrera has had his Mexican identity called into question, especially when he has visited Mexico.

"When I go to Mexico, even Tijuana, people down there don't consider me Mexican. Once I make it known I was born in San Diego, they'll either call you 'American,' or sometimes they call you 'gringo,'" Herrera says.

He says for him and other Chicanos, it is important to maintain a link to Mexican culture.

"We have pride in the roots. We try to display that and celebrate it and share it with the world," Herrera says.

With "Mirame," he hopes to bring a present-day view of Chicano culture in the San Diego area by including different spaces and people in his work. He also wants to share its history.



Showcasing different fashions within the Chicano community is a part of this. Viewers can expect to see a variety of looks, from Pendletons to today's fashions.

"There's just a diversity in what people look like now, in terms of what they wear," Herrera says. "While that is part of life down there now, everyone is still connected to the Chicano culture, which is Mexicans who are born in America."

Herrera has photographed and interviewed people of different ages and backgrounds, including those with different political viewpoints as himself. He says it is important to capture the diversity of Chicano people and culture.

Some of his photos show Chicano people who are pro-Trump. These images have brought out feelings of discomfort and confusion in some viewers, but he feels he needs to include them.

"I think it is important for this to be shared as well because that person is also a Chicano. That person has the same roots as I do. I thought it was important to just show who we all—emphasis on the 'all'—are today," Herrera says.

Through his work, Herrera hopes to educate others on the history of spaces such as Chicano Park. Part of doing this is sharing stories from people of older generations.

"I'm just trying to consider everyone in my Chicano community," he says. "That area is possible because of the people who fought. Like with the park, for example. That park is there because people fought for that to be there. Some of the people are still around. It is important to keep them involved."

With "Mirame," Herrera is trying to expand into new art forms, as he is new to documentary filmmaking and sculpting.

Herrera has documented Chicano culture over a career of 10 years as a professional photographer.

Growing up, he was a musician, playing instruments such as the guitar and the drums. Now, his passion lies in the visual arts.

From his early days as a photographer, he has focused on everyday moments that color the human experience.

"I think that's what a lot of people enjoy about my style and aesthetic, is that it brings out more of a nostalgic feeling for them, a simpler moment in life that they can reflect on and is a good memory for them," Herrera says.


See ARTIST on page 33

**NEIGHBORHOODS | BARRIO LOGAN**





### ARTIST from page 32

His work has taken him to different types of events, including car shows, club nights and political rallies.

He conceived the project while photographing the La Vuelta Car Cruise, a summerwide event where car enthusiasts cruise their Lowriders down Logan Avenue.

He says getting out to events such as La Vuelta really has helped him to feel more a part of the Chicano community.

"That's one thing I love about this project. It's helping me to get out there and know who my people are, engage with that community and be a better human," Herrera says.

The project has not come without some obstacles. He had one business owner back out of an interview, and another business, which he planned to feature in the project, recently closed down.

This project comes at an important time in Herrera's career.

The emerging artist has started to gained traction in his career over the last seven months. He was one of five artists awarded a Medium Photo Focus Scholarship, which came with the opportunity to show his work on the Open Portfolio Walk.

Herrera self-published his third zine, which is also entitled "Mirame." The publication, which is inspired by his project, also features images of San Diego's Chicano culture.

In October, he will have his first solo show at Balboa Park's Centro Cultural de La Raza. He hopes to show different parts of his "Mirame" project within this exhibition. CB



Thank You San Diego!
Best Place to Get Pierced!

enigma · professional piercing studios ·
619.516.4343 · 1972 garnet ave sd, ca 858.274.9950 · 3041 adams ave sd, ca

THE BEST OF SAN DIEGO 2019 WINNER — CityBeat

PROUD MEMBER APP

VERIFY AT SAFEPIERCING.ORG

enigmapiercing.co