# EXHIBIT 1

THE HONORABLE BERYL A. HOWELL
CHIEF UNITED STATES DISTRICT JUDGE

Am writting in behalf of my son ERIK HERRERA.
He is my frist born son, and am proud of his work as a photo journalist and his work as an artist a self made artist born with that gift and willing to show it to the public, even if doesn't make a cent out of it. helping us in every posible way to support the place that we call home, I understand the seriusness of his mistake wich he didn't want it to happen and/or to get involved the way he got, but as parent am asking for benevolence on his case your honor.

You probably won't believe me if I tell you than in the same way I love my son for just being that I am, also he's most or the most and hardest criticist, and to tell you that whatever your final decision is, I will always love him & support him and that this thing whatever is called is making us stronger and more united than before.

So once again your honor am asking for my son case, to be faire or as fair as posible, not asking for the charges to be dropped, because is a very serius incident, he does not want to get involved anymore in such events, he has learned the hard way.

Your Honor I leave this up to you, and thank you, from all of us who has written in his behalf

Sincerly CRISTOBAL HERRERA, ERIK HERRERA
         Father.