**EXHIBIT 2**

Maria D. Herrera
433 Emerald Ave.
El Cajon CA 92020

12/27/22

      To Judge Beryl A. Howell,[2]

Since Erick was a child he was a warm and loving boy. When he was in *Middle School* he learned music and drawing. He learned photography after that.

Erick is passionate about art. He loves photography. That led him to that large number of people with which he is involved now, and no one knew what would happen.

[He is] remorseful and worried, because it also affected us as a family. He is ashamed. Now he is closer to me more than ever before, always telling me where he is and with whom.

What happened that day has made Erick realized that actions may bring consequences to him and the family.

Now he is working at construction and receiving therapy. He is focusing on being a better person and learning from his mistakes, making sure he is an example to his nieces. I will always be close to give him my best advice.

---

[2] Translator's note:

The source document may contain some of the following errors: typos, missing diacritic marks, and run-on sentences. Some of these errors are not reflected in the translation. Additionally, sentence structure has been partially modified to enable the reader to understand the original message.

MARIA D HERRERA
433 EMERALD AVE
EL CAJON CA. 92020

12/27/22

PARA EL JUES BERYL A HOWELL

ERIK DESDE NIÑO FUE AMOROSO Y CARIÑOSO CUANDO EL ESTABA EN MIDDLE SCHOOL APRENDIO MUSICA Y DIBUJO DESPUES LA FOTOGRAFIA A ERIK LE APACIONA EL ARTE LE GUSTA LA FOTOGRAFIA QUE FUE LO QUE LO llEBO A ESA MULTITUD DE GENTE DONDE AORA ESTA IMBOLUCRADO Y DONDE NADIE SAVIA LO QUE PASARIA.

PREOCUPADO Y ARREPENTIDO PORQUE TAMBIEN NOS AFECTO COMO FAMILIA ABERGONSADO AORA ESTA MAS SERCA DE MI SIEMPRE ME DISE DONDE ESTA Y CON QUIEN ANDA.

LO QUE PASO ESE DIA A ECHO QUE ERIK REFLECCIONE Y QUE SUS ACCIONES PUEDEN TRAER CONSECUENCIAS PARA EL Y LA FAMILIA.

AORA EL ESTA TRABAJANDO EN CONSTRUCCION Y RESIBIENDO TERAPIAS

ENFOCARSE EN SER MEJOR PERSONA APRENDER DE LOS HERRORES CUIDAR Y SER UN BUEN EJEMPLO PARA SUS SOBRINAS YO SIEMPRE BOY A ESTAR PARA DARLE MIS MOJORES CONSEDOS

MARIA D HERRERA
*Maria D Herrera*

# CERTIFICATION OF THE INTERPRETER
*Re: U.S.A v. Erick Herrera*
Case No SA21-00573-M

I, Michael Kagan, state that I am competent to translate from Spanish into English, I am an Official Spanish Interpreter, certified by the Administrative Office of the United States. I do hereby declare that the attached 2-page document identified as "Letter from Maria Sanchez and Maria Herrera to Judge Howell" is a true and correct translation of the attached 3-page document provided to me in Spanish. The translation is accurate to the best of my knowledge and ability.

**DESCRIPTION OF DOCUMENT(S) OR MATERIAL(S)**

Letter from Maria Sanchez and Maria Herrera to Judge Howell

Executed this 30 day of December, 20022 in Los Angeles County, California.

*/s/* Michael Kagan



**Michael Kagan**
**Spanish Interpreter**
**Office of the Federal Public Defender**
**Central District of California**
321 E 2nd Street | Los Angeles, CA 90012 | fpdcdca.org
**O:** 213.894.2854 | **M:** 505-933-0259