# EXHIBIT 3

Jazmin Herrera

433 Emerald Ave

El Cajon, CA 92020

December 27, 2022

Dear Honorable Judge Beryl A. Howell

   My name is Jazmin Herrera. I am writing this letter to ask for leniency on behalf of my brother Erik Herrera in regards to his case. Erik is the oldest of the siblings in our family. He is hard working, compassionate and a responsible person. I have always looked up to him and feel extremely lucky to have him as a sibling. He has always been very lived and respected by me and my daughters, that he loves like they were his own. He has helped me with raising my daughters and is a very important male figure in their lives. I believe that he acted completely out of character on the day of January 6th as he was caught in the heat of the moment. I believe that he will not partake in any type of incident such as that of January 6th again. He has expressed that he did not approve of the actions taking place that day as he looks back at it now. Erik's has since started swing a therapist . His plan for the future is to continue to grow within the company he is currently working for and also work on his photography. He currently works for our cousin's husband's remodeling company and he plans to keep working there for as long as he can and learn as much as he can in that trade. His photography work sheds light on the beautiful and hidden parts of the Latino community. I understand the seriousness of this matter, however I hope that you can show some leniency.

Sincerely,

Jazmin Herrera