**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00619-BAH |
| Plaintiff, | |
| v. | **DEFENDANT'S RESPONSE TO COURT'S JANUARY 11, 2023 ORDER** |
| ERIK HERRERA, | |
| Defendant. | |

## DEFENDANT ERIK HERRERA'S RESPONSE TO

## COURT'S JANUARY 11, 2023 ORDER

Defendant Erik Herrera, through undersigned counsel, hereby advises the Court that he has no objection to the photo and video evidence described in the government's Notice of Sentencing Exhibits being made publicly available without restriction.

Respectfully submitted,

DATED:  January 13, 2023                    By  */s/ Cuauhtemoc Ortega*

CUAUHTEMOC ORTEGA
Federal Public Defender
CA Bar No. 257443
321 East 2nd Street
Los Angeles, CA 90012
Telephone:  (213) 894-3218
E-Mail: Cuauhtemoc_Ortega@fd.org