# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 1:21-cr-619 (BAH)** |
| **v.** : | |
| : | |
| **ERIK HERRERA,** : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S RESPONSE TO COURT'S JANUARY 11, 2023 ORDER

The United States of America, through the undersigned counsel, hereby advises the Court that the Government has no objection to the photo and video evidence described in the Government's Notice of Sentencing Exhibits being made publicly available without restriction.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

*/s/ Christopher Cook*
CHRISTOPHER COOK
KS Bar No. 23860
Assistant United States Attorney (Detailed)
601 D. Street NW
Washington, D.C. 20530
412-327-3487
Christopher.cook5@usdoj.gov

1