# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 1:21-cr-619-BAH
)
Erik Herrera )

## NOTICE OF APPEAL

Name and address of appellant:

Erik Herrera
433 Emerald Avenue
El Cajon, CA 92020

Name and address of appellant's attorney:

Cuauhtemoc Ortega
Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012

Offense: 18:1512(c)(2), (2); 18:1752(a)(1); 18:1752(a)(2); 40:5104(e)(2)(D); 40:5104(e)(2)(G)

Concise statement of judgment or order, giving date, and any sentence:

On 1/13/2023 defendant was committed to the custody of the Federal Bureau of Prisons for a total term of 48 months on Count 1; 12 months on counts 2 & 3; 6 months on courts 4 & 5 all counts to run concurrently.

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

1/18/2023
DATE

APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✓]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?   YES [✓]   NO [ ]
Has counsel ordered transcripts?   YES [✓]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [ ]   NO [✓]