# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIK HERRERA,<br><br>　　　　Defendant. | Case No. 1:21-CR-00619-BAH |

## ORDER CONTINUING SELF-SURRENDER DATE

Having reviewed the defense's unopposed motion to continue defendant Erik Herrera's self-surrender date, ECF No. 87, the Court **GRANTS** the motion and orders the defendant's self-surrender date continued from March 2, 2023, at 2:00 PM to March 10, 2023, at 2:00 PM.

**IT IS SO ORDERED.**

DATED: Feb. 22, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. BERYL A. HOWELL
　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

1