### oUNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIK HERRERA,<br><br>Defendant. | Criminal Action No. 21-619<br><br>Judge Beryl A. Howell |

### ORDER

Upon consideration of defendant Erik Herrera's Motion for Release Pending Appeal, ECF No. 91, the legal memoranda in support and in opposition and consideration of the entire record, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion for Release Pending Appeal, ECF No. 91, is **GRANTED**; it is further

**ORDERED** that defendant be released from the custody of the Bureau of Prisons forthwith; it is further

**ORDERED** that defendant report to the U.S. Probation Office in his district of residence within 48 hours of release; it is further

**ORDERED** that Defendant's conditions of release be the same as those set forth in this Court's Judgment, *see* Judgment at 4–7, ECF No. 83; and it is further

**ORDERED** that the parties submit a joint status report within five days of the Supreme Court's issuance of a decision in *United States v. Fischer*, 64 F.4th 329 (D.C. Cir. 2023), *cert. granted*, No. 23-5572, 2023 WL 8605748 (U.S. Dec. 13, 2023), as to further proceedings in this case, including whether defendant's release pending appeal should be revoked.

**SO ORDERED.**

Date: April 17, 2024

_____
**BERYL A. HOWELL**
United States District Judge