UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ERIK HERRERA<br>          Defendant. | Case No. 1:21-CR-00619-BAH |

## JOINT STATUS REPORT

Defendant Erik Herrera by and through his attorney of record, Deputy Federal Public Defender Jonathan K. Ogata, and Plaintiff United States of America, by and through its attorneys of record, Assistant United States Attorneys Jacqueline N. Schesnol and Christopher M. Cook, together "the parties," hereby file this joint status report pursuant to this Court's April 17, 2024, Order.

1.    On April 17, 2024, this Court granted Mr. Herrera's Motion for Release Pending Appeal (ECF No. 91) and ordered the parties to submit a joint status report within five days of the Supreme Court's issuance of a decision in *United States v. Fischer*, 64 F.4th 329 (D.C. Cir. 2023), *cert. granted*, No. 23-5572, 2023 WL 8605748 (U.S. Dec. 13, 2023). (ECF No. 99.)

2.    On June 28, 2024, the Supreme Court of the United States issued its opinion in *Fischer v. United States*, No. 23-5572, 2024 WL 3208034 (U.S. June 28, 2024).

3.    The parties are working diligently to meet and confer regarding the effect of the *Fischer* decision on Mr. Herrera's case. At present, Mr. Herrera's case remains on appeal at the United States Court of Appeals for the District of Columbia Circuit. *See United States v. Herrera*, No. 23-3009 (D.C. Cir.).

4.    The parties agree and so stipulate that Mr. Herrera should remain released pending appeal pursuant to the conditions outlined in this Court's April 17, 2024, Order. (ECF No. 99.)

5. The parties respectfully request leave to file an updated joint status report no later than 30 days from the date of the instant joint status report.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: July 2, 2024        By  /s/ Jonathan K. Ogata
JONATHAN K. OGATA
Deputy Federal Public Defender
Bar No. 325914
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
E-Mail: Jonathan_Ogata@fd.org


MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

DATED: July 2, 2024        /s/ Jacqueline Schesnol
JACQUELINE SCHESNOL
Assistant United States Attorney
Arizona Bar No. 016742
United States Attorney's Office
for the District of Arizona
40 N. Central Ave, Suite 1800
Phoenix, Arizona 85004
(602) 514-7500
jacqueline.schesnol@usdoj.gov