UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ERIK HERRERA<br><br>      Defendant. | Case No. 1:21-CR-00619-BAH |

**JOINT STATUS REPORT**

      Defendant Erik Herrera by and through his attorney of record, Federal Public Defender Cuauhtemoc Ortega and Deputy Federal Public Defender Jonathan K. Ogata, and Plaintiff United States of America, by and through its attorneys of record, Assistant United States Attorneys Jacqueline N. Schesnol and Christopher M. Cook, together "the parties," hereby file this joint status report pursuant to this Court's August 5, 2024, Order.

      1.      On April 17, 2024, this Court granted Mr. Herrera's Motion for Release Pending Appeal (ECF No. 91) and ordered the parties to submit a joint status report within five days of the Supreme Court's issuance of a decision in *United States v. Fischer*, 64 F.4th 329 (D.C. Cir. 2023), *cert. granted*, No. 23-5572, 2023 WL 8605748 (U.S. Dec. 13, 2023).  (ECF No. 99.)

      2.      On June 28, 2024, the Supreme Court of the United States issued its opinion in *Fischer v. United States*, No. 23-5572, 2024 WL 3208034 (U.S. June 28, 2024).

      3.      On July 2, 2024, the parties filed a joint status report requesting 30 days to continue to meet and confer regarding the effect of the *Fischer* decision on Mr. Herrera's case.  (ECF No. 101.)  This Court granted that request, ordering the parties to file a further status report no later than August 2, 2024.

      4.      On August 2, 2024, the parties filed a joint status report requesting 30 days to

continue to meet and confer regarding the effect of the Fischer decision on Mr. Herrera's case. (ECF No. 102.) This Court granted that request, ordering the parties to file a further status report no later than September 4, 2024.

5.  The United States is assessing the viability of Mr. Herrera's criminal conviction on Count One based on the *Fischer* decision. As such, the parties are continuing to confer regarding the effect of the *Fischer* decision on Mr. Herrera's case.

6.  At present, Mr. Herrera's case remains on appeal at the United States Court of Appeals for the District of Columbia Circuit. *See United States v. Herrera*, No. 23-3009 (D.C. Cir.).

7.  The parties agree and so stipulate that Mr. Herrera should remain released pending appeal pursuant to the conditions outlined in this Court's April 17, 2024, Order. (ECF No. 99.)

\\

\\

\\

8. The parties respectfully request leave to file an updated joint status report no later than 60 days from the date of the instant joint status report.

                                                    Respectfully submitted,

                                                    CUAUHTEMOC ORTEGA
                                                    Federal Public Defender

DATED: August 30, 2024                      By  /s/ Jonathan K. Ogata
                                                    JONATHAN K. OGATA
                                                    Deputy Federal Public Defender
                                                    Bar No. 325914
                                                    321 East 2nd Street
                                                    Los Angeles, California 90012-4202
                                                    Telephone: (213) 894-2854
                                                    E-Mail: Jonathan_Ogata@fd.org


                                                    MATTHEW M. GRAVES
                                                    United States Attorney
                                                    D.C. Bar Number 481052

DATED: August 30, 2024                      By /s/ Jacqueline Schesnol
                                                    JACQUELINE SCHESNOL
                                                    Assistant United States Attorney
                                                    Arizona Bar No. 016742
                                                    United States Attorney's Office
                                                    for the District of Arizona
                                                    40 N. Central Ave, Suite 1800
                                                    Phoenix, Arizona 85004
                                                    Telephone: (602) 514-7500
                                                    E-Mail: jacqueline.schesnol@usdoj.gov