UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ERIK HERRERA<br><br>      Defendant. | Case No. 1:21-CR-00619-BAH |

**JOINT STATUS REPORT**

Defendant Erik Herrera by and through his attorney of record, Federal Public Defender Cuauhtemoc Ortega, and Plaintiff United States of America, by and through its attorneys of record, Assistant United States Attorneys Jacqueline N. Schesnol and Christopher M. Cook, together "the parties," hereby file this joint status report pursuant to this Court's August 5, 2024, Order.

1. On April 17, 2024, this Court granted Mr. Herrera's Motion for Release Pending Appeal (ECF No. 91) and ordered the parties to submit a joint status report within five days of the Supreme Court's issuance of a decision in *United States v. Fischer*, 64 F.4th 329 (D.C. Cir. 2023), *cert. granted*, No. 23-5572, 2023 WL 8605748 (U.S. Dec. 13, 2023).  (ECF No. 99.)

2. On June 28, 2024, the Supreme Court of the United States issued its opinion in *Fischer v. United States*, No. 23-5572, 2024 WL 3208034 (U.S. June 28, 2024).

3. The parties filed several joint status reports requesting additional time to meet and confer regarding the effect of the *Fischer* decision on Mr. Herrera's case.  (ECF Nos. 101, 102, and 103.)  This Court granted all of those requests.

4. At present, Mr. Herrera's case remains on appeal at the United States Court of Appeals for the District of Columbia Circuit.  *See United States v. Herrera*, No. 23-3009 (D.C. Cir.).  On October 21, 2024, the parties filed a joint motion to dismiss Count 1 and remand the

1

case back to this Court for further proceedings. The parties are awaiting the Court of Appeals for the District of Columbia Circuit to grant that motion.

5. The parties agree and so stipulate that Mr. Herrera should remain released pending appeal pursuant to the conditions outlined in this Court's April 17, 2024, Order. (ECF No. 99.)

6. The parties respectfully request this Court schedule further proceedings once the Court of Appeals for the District of Columbia Circuit remands the case.

                                      Respectfully submitted,

                                      CUAUHTEMOC ORTEGA
                                      Federal Public Defender

DATED: November 1, 2024          /s/ *Cuauhtemoc Ortega*
                                      CUAUHTEMOC ORTEGA
                                      Federal Public Defender
                                      Bar No. 257443
                                      321 East 2nd Street
                                      Los Angeles, California 90012-4202
                                      Telephone: (213) 894-2854

                                      MATTHEW M. GRAVES
                                      United States Attorney
                                      D.C. Bar Number 481052

DATED: November 1, 2024          /s/ *Jacqueline Schesnol*
                                        JACQUELINE SCHESNOL
                                      Assistant United States Attorney
                                      Arizona Bar No. 016742
                                      United States Attorney's Office
                                      for the District of Arizona
                                      40 N. Central Ave, Suite 1800
                                      Phoenix, Arizona 85004
                                      Telephone: (602) 514-7500
                                      E-Mail: jacqueline.schesnol@usdoj.gov