UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIK HERRERA

    Defendant.

Case No. 1:21-CR-00619-BAH

## JOINT STATUS REPORT

Defendant Erik Herrera by and through his attorney of record, Federal Public Defender Cuauhtemoc Ortega, and Plaintiff United States of America, by and through its attorneys of record, Assistant United States Attorneys Jacqueline N. Schesnol and Christopher M. Cook, together "the parties," hereby file this joint status report pursuant to this Court's November 4, 2024, Order.

1. On April 17, 2024, this Court granted Mr. Herrera's Motion for Release Pending Appeal (ECF No. 91) and ordered the parties to submit a joint status report within five days of the Supreme Court's issuance of a decision in *United States v. Fischer*, 64 F.4th 329 (D.C. Cir. 2023), *cert. granted*, No. 23-5572, 2023 WL 8605748 (U.S. Dec. 13, 2023). (ECF No. 99.)

2. On June 28, 2024, the Supreme Court of the United States issued its opinion in *Fischer v. United States*, No. 23-5572, 2024 WL 3208034 (U.S. June 28, 2024).

3. The parties filed several joint status reports requesting additional time to meet and confer regarding the effect of the *Fischer* decision on Mr. Herrera's case. (ECF Nos. 101, 102, 103, and 104.) This Court granted those requests.

4. On November 20, 2024, the United States Court of Appeals for the District of Columbia Circuit, after a joint motion from the parties for a dismissal of Mr. Herrera's conviction of Count 1, ordered that Mr. Herrera's conviction under 18 U.S.C. §§ 1512(c)(2) and 2 be vacated

and the case be remanded for further proceedings. *See United States v. Herrera*, No. 23-3009 (D.C. Cir.).

5. Accordingly, the parties respectfully request this Court to schedule a re-sentencing of Mr. Herrera on December 9th or alternatively on the afternoon of December 10th.

                                                Respectfully submitted,

                                                CUAUHTEMOC ORTEGA
                                                Federal Public Defender

DATED: November 21, 2024          */s/ Cuauhtemoc Ortega*
                                                CUAUHTEMOC ORTEGA
                                                Federal Public Defender
                                                California Bar No. 257443
                                                321 East 2nd Street
                                                Los Angeles, California 90012-4202
                                                Telephone: (213) 894-2854
                                                E-Mail: cuauhtemoc_ortega@fd.org

                                                MATTHEW M. GRAVES
                                                United States Attorney
                                                D.C. Bar Number 481052

DATED: November 21, 2024          */s/ Christopher M. Cook*
                                                CHRISTOPHER M. COOK
                                                DC Bar No. 90013354
                                                Trial Attorney
                                                U.S. Department of Justice
                                                950 Pennsylvania Ave., NW
                                                Washington, D.C. 20530
                                                Telephone: (202) 616-2925
                                                E-Mail: Christopher.cook7@usdoj.gov