UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

ERIK HERRERA

       Defendant.

Case No. 1:21-CR-00619-BAH

**UNOPPOSED MOTION TO CONTINUE RE-SENTENCING HEARING DATE AND BRIEFING SCHEDULE**

Defendant Erik Herrera by and through his attorney of record, Federal Public Defender Cuauhtemoc Ortega, hereby moves to continue the sentencing hearing date in this matter from December 20, 2024, 9:30 a.m. to January 24, 2025, 9:30 a.m., or any time thereafter convenient for the Court. The government does not oppose the defendant's requested continuance. In support of this motion defense counsel offers the following:

1. On November 20, 2024, the United States Court of Appeals for the District of Columbia, after a joint motion from the parties requesting dismissal of Mr. Herrera's conviction of Count 1, ordered that Mr. Herrera's conviction under 18 U.S.C. §§ 1512(c)(2) and 2 be vacated and remanded the matter for further proceedings.

2. On November 27, this Court set the matter for December 20, 2024 at 9:30 am. The Court further directed the parties to file any supplemental memoranda for re-sentencing no later than December 9, 2024.

3. Defense counsel will be traveling on pre-paid, pre-scheduled leave from December 20, 2024, returning the evening of December 27, 2024. The next dates (Fridays) that the parties are jointly available are January 24 and 31, 2025.

1

4.      For these reasons, defendant respectfully moves for a continuance of the sentencing hearing date to January 24, 2025, at 9:30 a.m. with the parties' supplemental memoranda re re-sentencing to be filed no later than January 13, 2025.

                                      Respectfully submitted,

                                      CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: December 4, 2024        /s/ Cuauhtemoc Ortega
                                    CUAUHTEMOC ORTEGA
Federal Public Defender
California Bar No. 257443
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
E-Mail: cuauhtemoc_ortega@fd.org

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

DATED: December 4, 2024        /s/ Christopher Cook
                                    CHRISTOPHER M. COOK
DC Bar No. 90013354
Trial Attorney
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Telephone: (202) 616-2925
E-Mail: Christopher.cook7@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>ERIK HERRERA,<br><br>       Defendant. | Case No. 1:21-CR-00619-BAH |

**[PROPOSED] ORDER CONTINUING SENTENCING HEARING DATE AND BRIEFING SCHEDULE**

Having reviewed the defense's motion to continue the sentencing hearing, and with no objection from the government, the Court grants the motion and orders the sentencing hearing date continued from December 20, 2024, to January 24, 2025 at 9:30 a.m. By January 13, 2025, the parties shall file any Supplemental Memoranda re Re-Sentencing in accordance with the schedule set forth in this Court's Standing Order (Docket No. 10).

     IT IS SO ORDERED.

DATED: _____

                                                    HON. BERYL A. HOWELL
                                                    Chief United States District Judge